IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  CV 01-1248 MV/CG

ALI M. GHAFFARI, et al.,

        Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on attorney John Kelly's *Amended Motion to Withdraw as Counsel*. (Doc. 356). Mr. Kelly requests that all attorneys for the firm of Modrall Sperling Roehl Harris & Sisk ("Modrall") representing Defendants in this matter be allowed to withdraw. (*Id.* at 1-2). Modrall provided notice to all Defendants of their intention to withdraw and no party has objected to the withdrawal. Therefore, having considered the motion, noting that it complies with D.N.M.Local R. 83.8, and otherwise being fully advised in the premises, the Court finds the motion to be well-taken.

**IT IS THEREFORE ORDERED** that Mr. Kelly's *Motion to Withdraw as Counsel* be **GRANTED.** Attorneys John J. Kelly and Emil Kiehne shall be terminated from this action.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE